IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,      )
                               )
                    Plaintiff, )
                               )
          v.                   )          No. 12-04025-04-CR-C-BCW
                               )
JAVIER RUBI-PEDROZA,           )
                               )
                    Defendant. )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J.

Whitworth, to which no objection has been filed, the plea of guilty to Counts 3, 4 and 8 of the

Indictment is now accepted.    Defendant is adjudged guilty of such offense.    Sentencing will be

set by subsequent order of the court.


   _s/ BRIAN C. WIMES__
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

Dated: February 4, 2013